IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00682-BNB

KEN KENYATTA WILSON,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion of Urgency for Service and Filing of Pleadings Under Federal Rules of Civil Procedure, Rule 5(e), and Martinez Report" filed on April 30, 2007, is GRANTED in part. Plaintiff will not be required to file his complaint on the court's current form as directed in the court's April 5, 2007, order. The motion is DENIED in all other respects.

Dated: May 18, 2007

---

Copies of this Minute Order mailed on May 18, 2007, to the following:

Ken Kenyatta Wilson
Reg. No. 34467-060
ADX – Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk