IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00682-WDM-MEH

KEN KENYATTA WILSON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 23, 2007.**

    Plaintiff's Motion for Temporary Restraining Order (TRO) or Preliminary Injunction [filed August 21, 2007; doc #25] is **denied**. Pursuant to Fed. R. Civ. P. 65(a)(1), "[n]o preliminary injunction shall be issued without notice to the adverse party." Moreover, according to Rule 65(b), a temporary restraining order may be granted without notice to the adverse party *only if* it clearly appears that immediate or irreparable injury, loss or damage will result to the applicant before the adverse party can be heard, *and* the applicant certifies in writing the efforts that have been made to give notice and the reasons supporting a claim that notice should not be required. *See* Fed. R. Civ. P. 65(b) (emphasis added). In the instant case, there is no indication that the Plaintiff has made any effort to notify the Defendant or its counsel before he filed the within Motion, nor has Plaintiff provided any reasons supporting a claim that notice is not required in this matter.