IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00682-WDM-MEH

KEN KENYATTA WILSON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 23, 2007.**

    Plaintiff's Request [Motion] for Production of Videocassettes [filed August 21, 2007; doc #27] is **denied**. The Motion is in the nature of a motion to compel production of documents or other tangible things. Plaintiff provides no indication that he requested these documents from the Defendant and was denied, nor does he provide any certification under the Local Rules of this Court that he conferred with the Defendant's counsel prior to filing the Motion. The schedule for the parties' requests for discovery will be discussed at the Preliminary Scheduling/Status Conference scheduled for September 25, 2007 at 9:30 a.m. in this matter.