IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00682-WDM-MEH

KEN KENYATTA WILSON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2007.**

    Plaintiff's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(a) in Response to Defendants' Motion to Dismiss [filed September 6, 2007; doc #34] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1(C): "[a] motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper." Docket No. 34 will be accepted as Plaintiff's Response to Defendants' Motion to Dismiss in accordance with D.C. Colo. LCivR 7.1(C).